## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JIMMY LAMAR ELLIS, | ) | |
| AIS #181754, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 15-0598-CG-B |
| | ) | |
| OFFICER MOODY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED,**

**ADJUDGED,** and **DECREED** that this action is hereby **DISMISSED** without

prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for

failure to state a claim upon which relief may be granted.

**DONE and ORDERED** this 16th day of November, 2016

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE.